UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1189 JRT/FLN

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
PAUL N. RECKINGER, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now paid his debt in full, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 26 day of July, 2004.

UNITED STATES MAGISTRATE JUDGE

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS