A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CV 01-1189JRT/FLN**

0441-1125-0194-F

PAUL N. RECKINGER

RECEIVED 04 AUG - 3 PM 2:59 CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

US MARSHALS SERVICE MPLS., MN NOV 21 3 58 PM '03 RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Paul N. Reckinger
104 Walnut Court
Delano, MN 55328

and bring him or her forthwith to the nearest Magistrate Judge charging him or her with:
failure to appear for debtor's examination.

Ordered by: Magistrate Judge J. EarlUnited States District Court .

Denise La Fond

November 21, 2003 at Minneapolis, MN

(By) Denise La Fond, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________________________ ________________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 7-26-04
RETURNED UNEXECUTED Plaintiff — Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
AUG 0 5 2004
U.S. DISTRICT COURT MPLS

DC Modified 12/17/02